UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKASZ RUDKOWSKI,<br><br>                              Plaintiff,<br><br>    - against -<br><br>ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED<br><br>                              Defendant. | Docket No. 1:20-cv-960<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Lukasz Lukasz Rudkowski ("Rudkowski" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Associated Newspapers (U.S.A) Limited ("Associated Newspapers" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted video of Jeffrey Epstein's Caribbean hideaway, owned and registered by Rudkowski, a New York based professional photographer and videographer. Accordingly, Rudkowski seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. Rudkowski is a professional photographer in the business of licensing his photographs and videos for a fee having a usual place of business in Brooklyn, New York

6. Upon information and belief, Associated Newspapers is a foreign business corporation with a place of business at 51 Astor Place, New York, New York 10003. Upon information and belief, Associated Newspapers is registered with the New York State Department of Corporations to do business in New York. Upon information and belief, Associated Newspapers owns and operated a website at the URL: www.DailyMail.co.uk (the "Website")

**STATEMENT OF FACTS**

A. **Background and Plaintiff's Ownership of the Video**

7. Rudkowski took video of Jeffrey Epstein's Caribbean hideaway (the "Video").

8. Rudkowski is the author of the Video and has at all times been the sole owner of all right, title and interest in and to the Video, including the copyright thereto.

9. The Video was registered with the United States Copyright Office and was given registration number PA 2-222-092.

B. **Defendant's Infringing Activities**

10. Associated Newspapers ran an article on the Website entitled *REVEALED: Video shows Jeffrey Epstein's massage room, underground lairs, the mysterious temple and trick doors on Pedophile Island- his Caribbean hideaway that STILL has its own ambulance and is fully staffed*. See: https://www.dailymail.co.uk/news/article-7632879/Jeffrey-Epstein-massage-room-underground-lairs-temple-trick-doors-Pedophile-

[Island.html?fbclid=IwAR1VOQQHjKUmDLtcn9kzaBB7N_8cIhmCfo-SYBmrytnJf9zUBVtY3gf6dTg](#). The article featured screenshots of the Video. A true and correct copy of the article is attached hereto in Exhibit A.

11. Associated Newspapers did not license the Video from Plaintiff, nor did Associated Newspapers have Plaintiff's permission or consent to published screenshots of the Video on its Website.

12. Associated Newspapers has a history of using Plaintiff's work without permission. In 2018, Plaintiff sued Associated Newspapers for copyright infringement for using Plaintiff's photographs without permission. See: *Rudkowski v. Associated Newspapers (U.S.A.) Limited* (18-cv-7710). In 2019, Plaintiff sued Associated Newspapers for copyright infringement for using Plaintiff's video without permission. See: *Rudkowski v. Associated Newspapers (U.S.A.) Limited* (19-cv-5925).

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST ASSOCIATED NEWSPAPERS)
### (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Associated Newspapers infringed Plaintiff's copyright in the Video by by reproducing and publicly displaying screenshots of the Video on the Website. Associated Newspapers is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Video.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Associated Newspapers have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Video, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Associated Newspapers be adjudged to have infringed upon Plaintiff's copyrights in the Video in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Video; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
February 5, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Lukasz Rudkowski*