Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

May 13, 2020

*By ECF*

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Rudkowski v. Associated Newspapers (U.S.A.) Ltd.*, No. 20 Civ. 960 (LJL)

Dear Judge Liman:

We represent Defendant Associated Newspapers (U.S.A.) Limited ("Defendant") in this matter. We write on behalf of all parties to notify the Court that the parties have reached an agreement in principle to resolve this case in its entirety. With the consent of counsel for Plaintiff, we respectfully ask the Court to dismiss this matter, with leave for either party to reopen the case should the parties not finalize their settlement within 30 days.

Respectfully submitted,

*/s/ Thomas B. Sullivan*

Thomas B. Sullivan

cc: Richard Liebowitz, Esq., counsel for Plaintiff