**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUKASZ RUDKOWSKI, Plaintiff, | ECF Case |
| -against- | Case No. 1:20-cv-960-LJL |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Lukasz Rudkowski and defendant Associated Newspapers Limited, sued as Associated Newspapers (U.S.A.) Limited, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: June 12, 2020

Richard P. Liebowitz /TS (with permission)

Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

Thomas B. Sullivan

Thomas B. Sullivan
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850-6139
sullivant@ballardspahr.com

*Attorneys for Defendant*

**SO ORDERED.**

_____________________________ **Date:** _______________
**LEWIS J. LIMAN, U.S.D.J.**